**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                           No. 4:14CR00164 JLH

CHARLES MAYHEW                                                                                  DEFENDANT

## ORDER

Charles Mayhew has filed a motion for early termination of supervised release. Document #4. The United States must respond to the motion, after conferring with the probation office, on or before September 12, 2014.

IT IS SO ORDERED this 3rd day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE